No. 596. Globe Printing Company of St. Louis, Plaintiff in Error, *v.* Samuel B. Cook.   Error to the Supreme Court of the State of Missouri.   Motion to dismiss or affirm submitted March 13, 1911.   Decided March 20, 1911.  *Per Curiam.*  Dismissed for want of jurisdiction.  *Farrell* v. *O'Brien,* 199 U. S. 100; *Kaufman* v. *Smith,* 216 U. S. 610; *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 116, and cases cited; *Kansas City Star Com-*

*pany* v. *Julian*, 215 U. S. 589, 590, and cases cited in last paragraph. *Mr. Edward C. Crow* and *Mr. Hannis Taylor* for the plaintiff in error. *Mr. John H. Atwood* for the defendant in error.

